# EXHIBIT F

| Claim element of US Patent 9,839,558 B2 | Features of the Reckless Goggle and Roll-off Film System |
|---|---|
| 1. A roll-off film system comprising: | The Reckless Roll-off film system is shown in the image below.  |
| a film dispensing canister configured to store and dispense a film; | The roll-off film system includes a film dispensing canister indicated by the arrow in the image below. The film dispensing canister is configured to store and dispense a film.  |
| a film receiving canister configured to receive the film dispensed from the film dispensing canister, | The roll-off film system includes a film receiving canister (indicated by the arrow in the image below) configured to receive the film dispensed from the film dispensing canister.  |

| | |
|---|---|
| the film receiving canister comprising: a blade portion configured to cover the film when the film is conveyed into the film receiving canister; | The film receiving canister comprises a blade portion indicated by the arrow in the image below. The blade portion is configured to cover the film when the film is conveyed into the film receiving canister.  |
| and an upper wing portion and a lower wing portion with the blade portion disposed between the upper and the lower wing portions, | The film receiving canister further includes upper and lower wing portions indicated by the dashed arrows in the image below. The blade portion (indicated by the solid arrow) is disposed between the upper and lower wing portions.  |
| wherein an upper triangular surface of the upper wing portion, a sloping surface of the blade portion, and a | As shown in the image below, a sloping surface (indicated by the solid arrow) of the blade portion and upper and lower triangular surfaces (indicated by the dashed arrows) of the upper and lower wing portions collectively form a continuous surface configured to collect debris from the film. |

| | |
|---|---|
| lower triangular surface of the lower wing portion form a continuous surface configured to collect debris from the film, |  |
| wherein the upper triangular surface is provided at a bottom side of the upper wing portion and the lower triangular surface is provided at a top side of the lower wing portion, | As shown in the image below, the upper triangular surface (indicated by the dashed arrow) is provided at a bottom side of the upper wing portion (indicated by the solid arrow).  As shown in the image below, the lower triangular surface (indicated by the dashed arrow) is provided at a top side of the lower wing portion (indicated by the solid arrow). |

| | |
|---|---|
| |  |
| And wherein an upper portion of the upper triangular surface is curved to face toward the lower triangular surface and a lower portion of the lower triangular surface is curved to face toward the upper triangular surface, such that the continuous surface has a broad, U-shape. | As shown in the image below, the upper and lower triangular surfaces (indicated by the dashed arrows) curve to face toward each other, such that the continuous surface has a broad U-shape.  |
| 2. The roll-off film system of claim 1, wherein the film receiving canister is configured to attach to a lens, and wherein the sloping surface of the blade portion forms an obtuse angle with a surface of the lens to collect debris on the sloping surface when the film is conveyed into the film receiving canister. | As shown in the image below, the film receiving canister is configured to attach to a lens (indicated by the dashed arrow). The sloping surface of the blade portion (indicated by the solid arrow) forms an obtuse angle with a surface of the lens to collect debris on the sloping surface when film is conveyed into the film receiving canister.  |

| | |
|---|---|
| 3. The roll-off film system of claim 1, wherein the upper wing portion and the lower wing portion extend further upstream in a film conveying direction of the film than the blade portion. | As shown in the image below, the upper and lower wing portions (indicated by the dashed arrows) extend further upstream in a film conveying direction than the blade portion (indicated by the solid arrow).  |
| 4. The roll-off film system of claim 3, wherein the blade portion comprises a lens contacting surface configured to contact a front surface of a lens when the film receiving canister is attached to the lens. | As shown through the lens in the image below, the blade portion includes a lens contacting surface (indicated by the arrow) configured to contact a front surface of the lens when the film receiving canister is attached to the lens.  |
| 6. The roll-off film system of claim 4, wherein the film receiving canister further comprises an attachment mechanism disposed on the lens contacting surface and configured to attach the | As shown in the image above, the film receiving canister includes an attachment mechanism disposed on the lens contacting surface and configured to attach the film receiving canister to the lens. |

| | |
|---|---|
| film receiving canister to the lens. |  |
| 8. The roll-off film system of claim 1, wherein an edge of the sloping surface of the blade portion is configured to slide on the film when the film is conveyed into the film receiving canister, and wherein a pull-off pin is provided on the sloping surface. | As shown in the image below, an edge (indicated by the solid arrow) of the sloping surface of the blade portion is configured to slide on the film when the film is conveyed into the film receiving canister. A pull-off pin (indicated by the dashed arrow) is provided on the sloping surface.  |
| 10. A goggle assembly comprising: | The Reckless goggle assembly is shown in the image below. |

| | |
|---|---|
| |  |
| a lens; | As shown in the image below, the Reckless goggle assembly includes a lens.  |
| a lens frame configured to receive the lens; | As shown in the image below, the Reckless goggle assembly includes a lens frame configured to receive the lens.  |

| | |
|---|---|
| a roll-off film system attached to the lens, the roll-off film system comprising: | As shown in the image below, the Reckless goggle assembly includes a roll-off film system attached to the lens.<br> |
| a film dispensing canister configured to store and dispense a film across a front surface of the lens in a film conveying direction; | The roll-off film system includes a film dispensing canister indicated by the arrow in the image below. The film dispensing canister is configured to store and dispense a film across the front surface of the lens in a film conveying direction.<br> |
| a film receiving canister configured to receive the film dispensed across the front surface of the lens from the film dispensing canister, | The roll-off film system includes a film receiving canister (indicated by the arrow in the image below) configured to receive the film dispensed across the front surface of the lens from the film dispensing canister.<br> |

| | |
|---|---|
| the film receiving canister comprising: a blade portion configured to cover the film when the film is conveyed into the film receiving canister; | The film receiving canister comprises a blade portion indicated by the arrow in the image below. The blade portion is configured to cover the film when the film is conveyed into the film receiving canister.<br> |
| and an upper wing portion and a lower wing portion with the blade portion disposed between the upper and the lower wing portions, | The film receiving canister further includes upper and lower wing portions indicated by the dashed arrows in the image below. The blade portion (indicated by the solid arrow) is disposed between the upper and lower wing portions.<br> |
| wherein an upper triangular surface of the upper wing portion, a sloping surface of the blade portion, and a | As shown in the image below, a sloping surface (indicated by the solid arrow) of the blade portion and upper and lower triangular surfaces (indicated by the dashed arrows) of the upper and lower wing portions collectively form a continuous surface configured to collect debris from the film. |

| | |
|---|---|
| lower triangular surface of the lower wing portion form a continuous surface configured to collect debris from the film; |  |
| wherein the upper triangular surface is provided at a bottom side of the upper wing portion and the lower triangular surface is provided at a top side of the lower wing portion, | As shown in the image below, the upper triangular surface (indicated by the dashed arrow) is provided at a bottom side of the upper wing portion (indicated by the solid arrow).  As shown in the image below, the lower triangular surface (indicated by the dashed arrow) is provided at a top side of the lower wing portion (indicated by the solid arrow). |

<table>
<tr><td></td><td></td></tr>
<tr><td>and wherein an upper portion of the upper triangular surface is curved to face toward the lower triangular surface and a lower portion of the lower triangular surface is curved to face toward the upper triangular surface, such that the continuous surface has a broad, U-shape.</td><td>As shown in the image below, the upper and lower triangular surfaces (indicated by the dashed arrows) curve to face toward each other, such that the continuous surface has a broad U-shape.<br></td></tr>
<tr><td>11. The goggle assembly of claim 10, wherein a surface of the blade portion forms an obtuse angle with the front surface of the lens.</td><td>As shown in the image below, a surface of the blade portion (indicated by the solid arrow) forms an obtuse angle with a front surface of the lens.<br></td></tr>
</table>

| | |
|---|---|
| 12. The goggle assembly of claim 10, wherein the upper wing portion and the lower wing portion extend further upstream in a film conveying direction of the film than the blade portion. | As shown in the image below, the upper and lower wing portions (indicated by the dashed arrows) extend further upstream in a film conveying direction than the blade portion (indicated by the solid arrow).<br> |
| 15. The goggle assembly of claim 10, wherein an edge of the blade portion is configured to slide on the film when the film is conveyed into the film receiving canister. | As shown in the image below, an edge (indicated by the solid arrow) of the blade portion is configured to slide on the film when the film is conveyed into the film receiving canister.<br> |
| 17. The goggle assembly of claim 10, wherein the lens frame is disposed in a front portion of a goggle frame. | As shown in the image below, the lens frame (i.e., the portion of the frame configured to receive the lens) is disposed in a front portion of a goggle frame. |

| | |
|---|---|
| |  |