# EXHIBIT G

| Claim element of the US Patent 10,751,218 | Feature of the Reckless Vision Company Goggles |
|---|---|
| 1. A sports goggle comprising: | The Reckless goggle is a sports goggle, as shown in the image below:<br> |
| a flexible frame comprising an outer surface and an inner surface, the outer surface configured to be oriented away from a user's face and the inner surface configured to conform to a shape of the user's face; | The Reckless goggle includes a flexible frame having an outer surface (indicated by the solid arrow in the image below) and an inner surface (indicated by the dashed arrow in the image below).<br><br>The outer surface is configured to be oriented away from a user’s face and the inner surface is configured to conform to a shape of the user’s face. |
| a lens attached to the flexible frame, wherein the flexible frame is disposed at least partially around an outer periphery of the lens; | As shown in the image below, a lens (indicated by the arrow) is attached to the flexible frame, such that the flexible frame is disposed at least partially around an outer periphery of the lens. |

| | |
|---|---|
| |  |
| a flexible liner provided on the inner surface of the flexible frame and configured to contact the user's face; | The Reckless goggle includes a flexible liner (indicated by the solid arrow in the image below) provided on the inner surface (indicated by the dashed arrow in the image below) of the frame.  The flexible liner is configured to contact the user’s face. |
| a first aperture disposed on the outer surface of the flexible frame; | The Reckless goggle includes a first aperture (indicated by the solid arrow in the image below) disposed on the outer surface (indicated by the dashed arrow in the image below) of the flexible frame.  |

| | |
|---|---|
| a second aperture disposed on the inner surface of the flexible frame, wherein the flexible liner is disposed directly over the second aperture to cover the second aperture; and | As shown in the image below, the Reckless goggle includes a second aperture (indicated by the solid arrow) disposed on the inner surface of the flexible frame. The flexible liner (indicated by the dashed arrow) is disposed directly over the second aperture to cover the second aperture.  |
| a channel extending through the flexible frame, connected to the first aperture and to the second aperture, and configured to direct airflow from the first aperture to the second aperture to disperse airflow flowing through the second aperture directly into the flexible liner to cool the user's face where the flexible liner contacts the user's face, | The Reckless goggle includes a channel (generally indicated by the solid arrow in the image below) extending through the flexible frame and connected to the first and second apertures.  The channel is configured to direct airflow from the first aperture to the second aperture to disperse airflow flowing through the second aperture directly into the flexible liner. The airflow would cool the user's face that contacts the flexible liner. |
| wherein the flexible liner is configured to provide a seal against the user's face and the airflow directed from the first aperture to the second aperture through the channel is configured to cool the user's face where the flexible | The flexible liner is configured to provide a seal against the user's face. The airflow would be directed through the channel toward where the flexible liner contacts the user's face when providing the seal. |

| | |
|---|---|
| liner contacts the user's face when providing the seal, and | |
| wherein the flexible liner is configured to contact at least a forehead area, cheeks, and temples of the user to provide the seal. | The flexible liner of the Reckless goggle is configured to contact at least the forehead, cheeks, and temples of the user to provide the seal. |
| 2. The sports goggle of claim 1, wherein the flexible liner is made of foam that allows air to pass through it. | The flexible liner of the Reckless goggle is made of foam that allows air to pass through it. |
| 5. The sports goggle of claim 1, further comprising a plurality of the first apertures disposed on the outer surface, a corresponding plurality of the second apertures disposed on the inner surface, and a corresponding plurality of the channels formed through the flexible frame, wherein each channel is associated with a first aperture and a corresponding second aperture, and wherein the flexible liner is disposed directly over the plurality of the second apertures. | As shown in the image below, the Reckless goggle includes a plurality of first apertures (indicated by the arrows in the image below) and a corresponding plurality of second apertures connected by corresponding channels.<br><br>The flexible liner is disposed directly over each of the second apertures. |
| 13. The sports goggle of claim 1, wherein the flexible frame comprises a plurality of frame members extending between the outer surface and the inner surface. | The Reckless goggle includes a plurality of frame members extending between the outer surface and the inner surface of the frame, as indicated by the arrows in the image below.<br> |

| | |
|---|---|
| 14. The sports goggle of claim 13, wherein the plurality of frame members defines one or more vents allowing air to flow through the flexible frame. | The plurality of frame members define one or more vents (indicated by the arrows in the image below).<br><br>The vents allow air to flow through the flexible frame. |
| 17. A sports goggle comprising: | The Reckless goggle is a sports goggle, as shown in the image below:<br> |
| a flexible frame comprising: an outer surface configured to be oriented away from a user's face; | The flexible frame of the Reckless goggle includes an outer surface (indicated by the solid arrow in the image below). |

| | |
|---|---|
| | <br>The outer surface is configured to be oriented away from the user's face. |
| an inner surface spaced apart from the outer surface by a spaced apart region, the inner surface configured to conform to a shape of the user's face; | The Reckless goggle frame includes an inner surface (indicated by the dashed arrow in the image below) spaced apart from the outer surface by a spaced apart region (indicated by the solid arrow in the image below). The inner surface is configured to conform to a shape of the user's face.<br> |

| | |
|---|---|
| a plurality of frame members extending between the outer surface and the inner surface within the spaced apart region to couple the outer surface to the inner surface; | The Reckless goggle includes a plurality of frame members (indicated by the solid arrows). The plurality of frame members extend between the outer surface and inner surface within the spaced apart region to couple the outer surface to the inner surface.  |
| a lens attached to the flexible frame, wherein the flexible frame is disposed at least partially around an outer periphery of the lens; | As shown in the image below, a lens (indicated by the arrow) is attached to the flexible frame and the flexible frame is disposed at least partially around an outer periphery of the lens.  |
| a flexible liner provided on the inner surface of the flexible frame and configured to contact the users face; | The reckless goggle includes a flexible liner (indicated by the solid arrow in the image below) provided on the inner surface (indicated by the dashed arrow in the image below) of the frame. |

| | |
|---|---|
| |  The flexible liner is configured to contact the user's face. |
| a first aperture disposed on the outer surface of the flexible frame; | The Reckless goggle includes a first aperture (indicated by the solid arrow in the image below) disposed on the outer surface (indicated by the dashed arrow in the image below) of the flexible frame.  |
| a second aperture disposed on the inner surface of the flexible frame, wherein the flexible liner is disposed directly over the second aperture to cover the second aperture; | As shown in the image below, the Reckless goggle includes a second aperture (indicated by the solid arrow) disposed on the inner surface of the flexible frame. The flexible liner (indicated by the dashed arrow) is disposed directly over the second aperture to cover the second aperture. |

<table>
<tr><td></td><td></td></tr>
<tr><td>and a channel formed through the flexible frame and extending through the space defined between the outer surface and the inner surface, connecting the first aperture to the second aperture through the spaced apart region, and configured to direct airflow from the first aperture to the second aperture to disperse airflow flowing through the second aperture directly into the flexible liner to cool the user's face where the flexible liner contacts the user's face.</td><td>The Reckless goggle includes a channel (generally indicated by the solid arrow in the image below) formed through the flexible frame and extending through the space defined between the outer and inner surfaces.<br><br>The channel connects the first aperture to the second aperture and the channel is configured to direct airflow from the first aperture to the second aperture to disperse airflow flowing through the second aperture directly into the flexible liner to cool the user’s face.</td></tr>
</table>